IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAMMY DUNHAM, on behalf of herself and all other similarly situated employees,<br><br>    Plaintiff,<br><br>v.<br><br>CAPTAIN D'S, LLC and CAPTAIN D'S ENTERPRISES, LLC,<br><br>    Defendants. | Civil No. 3:14-1955<br>Judge Trauger |

## O R D E R

The Joint Motion For Approval of Settlement And Stipulation of Dismissal of Plaintiff's Complaint With Prejudice (Docket No. 7) is **GRANTED**. The court finds that the settlement of this case with plaintiff Tammy Dunham only (not any other potential class members) is a fair and reasonable one, and it is hereby **APPROVED**. This case is **DISMISSED WITH PREJUDICE**. This Order constitutes the judgment in this action.

It is so **ORDERED**.

ENTER this 9th day of December 2014.

_____
ALETA A. TRAUGER
U.S. District Judge