UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TAMMY DUNHAM, <br><br> Plaintiff, <br><br> v. <br><br> CAPTAIN D'S, LLC, et al. <br><br> Defendants. | Case No. 3:14-cv-01955 <br><br> Judge Trauger |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on December 9, 2014.

KEITH THROCKMORTON, CLERK

s/ Hannah B. Blaney